IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,

                    Plaintiff,

   v.

                      Civil No. 1:10-CV-1341 (GTS/RFT)

$14,100.00 in U.S. Currency,
Assorted Electronic Equipment,
2002 Mercedes Benz CLK430 Coupe
VIN: WDBLJ70GX2T127077,

                    Defendant.

*****************************************

## JUDGMENT IN A CIVIL CASE

**WHEREAS**, by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on February 3, 2011, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant United States Currency and defendant properties, are hereby forfeited to the United States of America to be disposed of in accordance with law.

_____2/3/11_____
Date

_____[signature]_____
Clerk

_____[signature]_____
(By) Deputy Clerk